```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
LAWRENCE DAWKINS,                       :
                                        :
                Plaintiff,              :    08 Civ. 2194
                                        :
        - against -                     :    ORDER
                                        :
DEPUTY SUPERINTENDENT OF SECURITY,      :
OF SECURITY PAUL, GONYEA,               :
LIEUTENANT STEVEN KATZ,                 :
SUPERINTENDENT RAYMOND CUNNINGHAM,      :
                                        :
                Defendants.             :
---------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

Pro se plaintiff Lawrence Dawkins ("Dawkins") has applied for the Court to request counsel to represent him in this matter. The threshold consideration in ruling on such an application is the showing of some merit. See Cooper v. A. Sargenti Co., 877 F.2d 170, 172-74 (2d Cir. 1989). Dawkins has not yet met this standard at this stage in the proceeding. If upon the development of a fuller evidentiary record, he can make such a showing at a later point in the litigation, he may reapply for appointment of counsel at that time. Accordingly, it is hereby

**ORDERED** that the motion of plaintiff Lawrence Dawkins for appointment of counsel (Docket No. 3) is denied without prejudice.

SO ORDERED.

Dated:   New York, New York
         11 March 2008

                                        _____
                                        VICTOR MARRERO
                                        U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-12-08