```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
LAWRENCE DAWKINS,                   :
                                    :
              Plaintiff,            :   08 Civ. 2194
                                    :
     - against -                    :   ORDER
                                    :
DEPUTY SUPERINTENDENT OF SECURITY,  :
OF SECURITY PAUL GONYEA,            :
LIEUTENANT STEVEN KATZ,             :
SUPERINTENDENT RAYMOND CUNNINGHAM,  :
                                    :
              Defendants.           :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

Upon review of the Docket Sheet of this case the Court noted that service of process was made on defendant Paul Gonyea herein on March 31, 2008 and that the answer to the complaint was due by April 21, 2008. The Court's public file for this case contains no record that such answer has been made. The Court also notes that no service has been made on any other of the named defendants. Accordingly, it is hereby

**ORDERED** that plaintiff herein are directed to inform the Court by May 27, 2008 of the status of this matter and plaintiff's contemplation with respect to further proceedings in this case. In the event no timely response to this Order is submitted the Court may dismiss the action for lack of prosecution.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-15-08

**SO ORDERED.**

Dated:   New York, New York
         15 May 2008

                                    _____
                                    VICTOR MARRERO
                                    U.S.D.J.