5-19-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK          08 Civ. 2194

Dear Mr. Victor Marrero, United States District Judge.

I recieved your letter today, 5-19-08, stating that two of the three defendants was not served. Even though I am a layman to the law, I went to the law library and had a clerk assist me. I read all the instructions, filled the forms out properly, and sent them to the U.S. marshals.

As a result, I was sent a copy of three yellow "service of process by the U.S. Marshal" confirming that each defendant was served.

I would like a two week extention because I can only get to the Law Library once a week. I will make copies of these documents and forward them to you immediately. However, until then, please dont dismiss my case.

I thank you for your time and consideration, I kindly await your response.

RECEIVED
MAY 22 2008

Sincerely
Lawrence Dawkins 95A-6060
Attica Corr. Fac.
Box 149
Attica, N.Y. 14011

Request GRANTED. The time for plaintiff to respond to the Court's Order dated 5-15-08 by submitting proof of service on all defendants herein is extended to 6-6-08.

SO ORDERED:
5-22-08
DATE   VICTOR MARRERO, U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-22-08