```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
LAWRENCE DAWKINS,                   :
                                    :
              Plaintiff,            :    08 Civ. 2194
                                    :
       - against -                  :    ORDER
                                    :
DEPUTY SUPERINTENDENT OF SECURITY,  :
OF SECURITY PAUL, GONYEA,           :
LIEUTENANT STEVEN KATZ,             :
SUPERINTENDENT RAYMOND CUNNINGHAM,  :
                                    :
              Defendants.           :
-----------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

Upon review of the Docket Sheet of this case the Court noted that defendant Paul Gonyea was served with the complaint herein on March 31, 2008 and his answer was due by April 21, 2008. The Court's public file for this case contains no record that such answer has been made. Accordingly, it is hereby

**ORDERED** that defendant Paul Gonyea any other defendants served in this action are directed to answer the complaint herein by June 6, 2008, or to show cause why such answer has not been filed to date and cannot be made by the date indicated.

**SO ORDERED.**

Dated:    New York, New York
          23 May 2008

_____
VICTOR MARRERO
U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-23-08