```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-29-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
LAWRENCE DAWKINS,                       :
                                        :
               Plaintiff,               :   08 Civ. 2194
                                        :
     - against -                        :   **ORDER**
                                        :
DEPUTY SUPERINTENDENT OF SECURITY,      :
OF SECURITY PAUL, GONYEA,               :
LIEUTENANT STEVEN KATZ,                 :
SUPERINTENDENT RAYMOND CUNNINGHAM,      :
                                        :
               Defendants.              :
----------------------------------------X

**VICTOR MARRERO, United States District Judge.**

Upon review of the Docket Sheet of this case the Court noted that, by Order dated June 10, 2008, defendants were directed to answer the complaint herein by July 16, 2008, following two extensions the Court granted at their request. The Court's public file for this case contains no record that such answer has been made. Accordingly, it is hereby

**ORDERED** that plaintiff advise the Court by September 10, 2008 of his contemplation with regard to further litigation in this action; and it is further

**ORDERED** that defendants herein are directed to show cause by September 12, 2008 as to why the Court should not authorize plaintiff to move for entry of a judgment by default.

**SO ORDERED.**

Dated:    New York, New York
          28 August 2008

                                    _____
                                           VICTOR MARRERO
                                              U.S.D.J.